**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01289-CR

**TOMMY AGUILAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81651-2012**

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why the clerk's record has not been filed in this appeal. We **ADOPT** the findings that appellant informed his attorney that he no longer desires to pursue the appeal. We will dispose of the appeal in due course.

/s/    ADA BROWN
        JUSTICE